Case 4:25-cr-00570   Document 1   Filed on 10/29/25 in TXSD   Page 1 of 5

United States Courts
Southern District of Texas
FILED

*October 29, 2025*

Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| vs. | § | Criminal No. **4:25-cr-00570** |
| | § | |
| KELON JABARI GRIFFIN | § | |
| SHANTANA MAILIS LOFTON | § | |

# **INDICTMENT**

THE GRAND JURY CHARGES:

## **Count One**
(Conspiracy to Possess with Intent to Distribute Controlled Substances)

Beginning on or about November 4, 2024 and continuing until on or about November 22, 2024, in the Southern District of Texas and within the jurisdiction of the Court, defendants

**KELON JABARI GRIFFIN**
**and**
**SHANTANA MALIS LOFTON**

did knowingly and intentionally conspire and agree with each other and other persons known and unknown to the Grand Jury to possess with intent to distribute a controlled substance. The controlled substances involved were a mixture or substance containing a detectable amount of the specified controlled substances described below:

| Defendant(s) | Controlled Substance | Quantity | Schedule |
| --- | --- | --- | --- |
| KELON JACOBI GRIFFIN SHANTANA MAILIS LOFTON | Methamphetamine | 500 grams or more | II |

1

| KELON JACOBI GRIFFIN SHANTANA MAILIS LOFTON | N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide ("Fentanyl") | 400 grams or more | II |
|---|---|---|---|
| KELON JACOBI GRIFFIN SHANTANA MAILIS LOFTON | Heroin | 1 kilogram or more | I |

In violation of Title 21, United States Code, §§ 846, 841(a)(1) and 841(b)(1)(A).

## Count Two
(Possession with Intent to Distribute Methamphetamine)

On or about November 22, 2024, in the Southern District of Texas and within the jurisdiction of the Court, defendants

**KELON JABARI GRIFFIN
and
SHANTANA MALIS LOFTON**

did knowingly and intentionally possess with intent to distribute a controlled substance. The controlled substance involved was 500 grams or more, that is, approximately 7.4 kilograms of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, §§ 841(a)(1), 841(b)(1)(A) and Title 18, United States Code, § 2.

## Count Three
(Possession with Intent to Distribute Fentanyl)

On or about November 22, 2024, in the Southern District of Texas and within the jurisdiction of the Court, defendants

**KELON JABARI GRIFFIN
and
SHANTANA MALIS LOFTON**

did knowingly and intentionally possess with intent to distribute a controlled substance. The controlled substance involved was 400 grams or more, that is, approximately 2.7 kilograms of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide ("Fentanyl), a Schedule II controlled substance.

In violation of Title 21, United States Code, §§ 841(a)(1), 841(b)(1)(A) and Title 18, United States Code, § 2.

### Count Four
(Possession with Intent to Distribute Heroin)

On or about November 22, 2024, in the Southern District of Texas and within the jurisdiction of the Court, defendants

**KELON JABARI GRIFFIN**
and
**SHANTANA MALIS LOFTON**

did knowingly and intentionally possess with intent to distribute a controlled substance. The controlled substance involved was 1 kilogram or more, that is, approximately 1.9 kilograms of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance.

In violation of Title 21, United States Code, §§ 841(a)(1), 841(b)(1)(A) and Title 18, United States Code, § 2.

## Count Five
(Possession of punch, die, plate or stone)

On or about November 22, 2024, in the Southern District of Texas and within the jurisdiction of the Court, defendants

**KELON JABARI GRIFFIN**
and
**SHANTANA MALIS LOFTON**

with the intent to defraud, did knowingly and intentionally make, sell, dispose of, or kept in their possession, control, or custody, or concealed a punch, die, plate, stone, or other thing designed to print, imprint, or reproduce the trademark, trade name, or other identifying mark, imprint, or device of another or any likeness of any of the foregoing upon any drug or container or labeling thereof so as to render such a drug a counterfeit drug.

In violation of Title 21, United States Code, §§ 331(i)(2), 333(a)(2) and Title 18, United States Code, § 2.

**Count Six**

(Doing an act that causes a drug to be a counterfeit drug)

On or about November 22, 2024, in the Southern District of Texas and within the jurisdiction of the Court, defendants

**KELON JABARI GRIFFIN**
and
**SHANTANA MALIS LOFTON**

did knowingly and intentionally performed an act which caused a drug to be a counterfeit drug and sold and dispensed and held for sale or dispensing a counterfeit drug.

In violation of Title 21, United States Code, §§ 331(i)(3), 333(b)(8) and Title 18, United States Code, § 2.

A TRUE BILL

Original Signature on File
_____
FOREPERSON

NICHOLAS J. GANJEI
United States Attorney

*Anibal J. Alaniz*
_____
Anibal J. Alaniz
Assistant United States Attorney

*Casey N. MacDonald*
_____
Casey N. MacDonald
Assistant United States Attorney